UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
April 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:17-mj-00070-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JAMES MOORE, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>James Moore</u>; Case <u>2:17-mj-00070-KJN</u> from custody and for the following reasons:

    \_\_\_    Release on Personal Recognizance

    \_\_\_    Bail Posted in the Sum of _____

    **X**    Unsecured Appearance Bond in the amount of <u>$50,000.00</u> cosigned by defendant's mother Mildred Jones and fiancee Bridgette Hearns

    \_\_\_    Appearance Bond with 10% Deposit

    \_\_\_    Appearance Bond secured by Real Property

    \_\_\_    Corporate Surety Bail Bond

    **X**    (Other)<u>Pretrial Supervision/Conditions as stated on the record</u>

Issued at <u>Sacramento, CA</u> on <u>4/26/2017</u> at <u>2:10 P.M.</u>

By _____
Kendall J. Newman
United States Magistrate Judge